**HORNER, Adm'r, etc. v. THE STATE.**

APPEALS—*Will only lie from final judgments.*—An appeal will only lie from a final order or judgment; the overruling of a demurrer is not such a final order or judgment.

APPEAL FROM PULASKI CHANCERY COURT.

HON. T. D. W. YONLEY, *Chancellor.*

*Gallagher & Newton and Garland & Nash,* for Appellant.
*Benjamin,* Solicitor General for the State.

GREGG, J.—On the 24th of September, 1867, the appellee filed her bill, in the Pulaski county Chancery Court, to foreclose a mortgage on certain lands. Publication was had and, at the February term 1868, the appellant appeared as a claimant for the lands, and filed his demurrer to the bill, which was considered and by the court overruled, and upon that an appeal was prayed and granted to this court.

Then follows a record agreement of the parties that the cause be referred to the master in chancery, that his report might be made a part of the cause on appeal, and such report

being made, filed and confirmed, the record again states that an appeal was granted.

The chancellor should have proceeded to render a final decree upon the whole case before him.

It has been so often decided and fully settled, in this court, that an appeal will lie only from a final order or judgment, that argument or reference to cases is unnecessary; and to produce an argument to show that an order overruling a demurrer to the bill is not a final judgment in the cause, would not be expected. This cause will be stricken from the docket.